# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D17-1792

———————————————————

THREE JOSEPHS, LLC, and JOE JOSEPH,

    Appellants,

    v.

LEASE INVESTORS, LLC; THE PANTRY, INC.; CHAFFEE FOOD STORE, INC., a Florida Corporation; CLAUDE MOULTON; MIKE WILLIAMS in his official capacity as the Sheriff of Duval County, Florida; TOMMY E. HOPSON; and DURGA SHAKTI, LLC,

    Appellees.

———————————————————

On appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

November 30, 2018

PER CURIAM.

Appellant Three Josephs, LLC, challenges the trial court's amended order denying its motion to set aside a foreclosure sale. We affirm the trial court's order.[*]

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

―――――――――――――――

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

―――――――――――――――

William S. Graessle and Jonathan W. Graessle of William S. Graessle, P.A., Jacksonville, for Appellants.

Claude R. Moulton of Moulton Bosshardt, LLC, Jacksonville, for Appellee Lease Investors, LLC; Mark S. Mitchell and Timothy D. Hedrick of Rogers Towers, P.A., Jacksonville, for Appellee Durga Shakti, LLC.

―――――――――――――

[*] We do not address appellant's ability to seek monetary damages arising out of the foreclosure sale as this issue was not addressed by the trial court.